**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IIG Global Trade Finance Fund Ltd. (in Official Liquidation), *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 15<br>Case No. 20-10132 (MEW)<br>Jointly Administered |
| IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance Fund Limited (in Official Liquidation), Christopher Kennedy and Alexander Lawson, as assignees of the creditors of IIG Global Trade Finance Fund Limited (in Official Liquidation) and the creditors of IIG Structured Trade Finance Fund Limited (in Official Liquidation) and Christopher Kennedy and Alexander Lawson in their capacities as Joint Official Liquidators of IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance fund Limited (in Official Liquidation),<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>International Investment Group L.L.C., Trade Finance Trust, Deutsche Bank Trust Company Americas, Assured Investment Management, (f/k/a BlueMountain Capital Management, LLC), Tennenbaum Capital Partners, LLC, KKR Credit Advisors (US) LLC, Elanus Capital Management, LLC, BlueMountain Foinaven Master Fund L.P., BlueMountain Logan Opportunities Master Fund L.P., BlueMountain Montenvers Master Fund SCA SICAV-SIF, BlueMountain Timberline Ltd., BlueMountain Kicking Horse Fund L.P., BlueMountain Credit Opportunities Master Fund I L.P., Tennenbaum Senior Loan Fund IV-B, LP, Tennenbaum Senior Loan Fund II, LP, Tennenbaum Senior Loan Operating III, LLC, Corporate Capital Trust, Inc., KKR Debt Investors II (2006) (Ireland) L.P., KKR TRS Holdings, Ltd., KKR-PBPR Capital Partners L.P., Special Value Continuation Partners, LP, and Elanus Capital | Adv. Pro. No. 23-01165 (MEW) |

| |
|---|
| Investments Master SP Series 1, John Doe Subsequent Transferees 1-10,000, |
| Defendants. |

## STIPULATION AND ORDER EXTENDING TIME

This Stipulation is entered into by and between IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance Fund Limited (in Official Liquidation), Christopher Kennedy and Alexander Lawson, as assignees of the creditors of IIG Global Trade Finance Fund Limited (in Official Liquidation) and the creditors of IIG Structured Trade Finance Fund Limited (in Official Liquidation) and Christopher Kennedy and Alexander Lawson in their capacities as Joint Official Liquidators of IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance fund Limited (in Official Liquidation) (collectively, "Plaintiffs") and Deutsche Bank Trust Company Americas, Assured Guaranty Ltd. (on behalf of Assured Investment Management, LLC (f/k/a BlueMountain Capital Management, LLC)) and BlueMountain Foinaven Master Fund L.P., BlueMountain Logan Opportunities Master Fund L.P., BlueMountain Montenvers Master Fund SCA SICAV-SIF, BlueMountain Timberline Ltd., and BlueMountain Kicking Horse Fund L.P. (collectively, the "BlueMountain Entities"), Tennenbaum Capital Partners, LLC and Tennenbaum Senior Loan Fund IV-B, LP, Tennenbaum Senior Loan Fund II, LP, Tennenbaum Senior Loan Operating III, LLC, and Special Value Continuation Partners, LP (collectively, the "Tennenbaum Entities"), KKR Credit Advisors (US) LLC and Corporate Capital Trust, Inc., KKR Debt Investors II (2006) (Ireland) L.P., KKR TRS Holdings, Ltd., and KKR-PBPR Capital Partners L.P. (collectively, the "KKR Entities"), and Elanus Capital Management, LLC and Elanus Capital Investments Master SP Series 1 (collectively, the "Elanus Entities," and together with the BlueMountain Entities, Tennenbaum Entities, KKR Entities, and Deutsche Bank Trust Company Americas, the "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel.

2

**WHEREAS** on August 31, 2023, Plaintiffs filed a redacted adversary complaint [Dkt. No. 1] (the "Complaint") against the Defendants with this Court to commence the above-captioned adversary proceeding; and

**WHEREAS** the Clerk of Court issued a Summons and Notice of Pretrial Conference in an Adversary Proceeding on September 5, 2023 [Dkt. No. 5]; and

**WHEREAS** on September 6, 2023, counsel for the Plaintiffs provided counsel for the Defendants an unredacted copy of the Complaint with an "Attorneys' Eyes Only" designation; and

**WHEREAS** in light of the other terms of this Stipulation, Defendants have agreed to authorize their counsel to accept service of the Complaint; and

**WHEREAS** under Federal Rule of Bankruptcy Procedure 9006(b), this Court may order that the period in which a party must respond to a complaint be enlarged if, as is the case here, the request is made before the expiration of the period originally prescribed; and

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, AS FOLLOWS**:

1. Each of the Defendants waives any and all defenses relating to service of process.

2. Each of the Defendants shall have until and including November 6, 2023, to move to dismiss, answer or otherwise respond to the Complaint.

3. Plaintiffs shall have until and including January 12, 2024, to file and serve any response to any motion to dismiss filed by any of the Defendants.

4. Any of the Defendants that files a motion to dismiss shall have until and including February 12, 2024, to file any reply papers in support of its motion.

5. Except as otherwise expressly set forth in this Stipulation, all Parties preserve any and all of their respective rights, claims and defenses.

Respectfully submitted this 19th day of September, 2023.

| | |
|---|---|
| */s/ Philip D. Anker* | */s/ John A. Pintarelli* |
| Phillip D. Anker | John A. Pintarelli |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | Patrick E. Fitzmaurice |
| 7 World Trade Center | Ari M. Berman |
| 250 Greenwich Street | Rahman Connelly |
| New York, New York 10007 | Eugenie Dubin |
| Telephone: (212) 230-8890 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| philip.anker@wilmerhale.com | 31 West 52nd Street |
| | New York, NY 10019 |
| *Attorneys for Tennenbaum Capital Partners, LLC; Tennenbaum Senior Loan Fund IV-B, LP; Tennenbaum Senior Loan Fund II, LP; Tennenbaum Senior Loan Operating III, LLC; and Special Value Continuation Partners, LP* | Telephone: (212) 858-1000 |
| | Facsimile:  (212) 858-1500 |
| | john.pintarelli@pillsburylaw.com |
| | patrick.fitzmaurice@pillsburylaw.com |
| | ari.berman@pillsburylaw.com |
| | rahman.connelly@pillsburylaw.com |
| | eugenie.dubin@pillsburylaw.com |
| | |
| | *Attorneys for Plaintiffs as relates to their claims against IIG, TFT, the BlueMountain Entities, Tennenbaum Entities, Elanus Entities, and the John Doe Subsequent Transferees* |
| */s/ Andrew J. Rossman* | */s/ Zachary D. Rosenbaum* |
| Andrew J. Rossman | Zachary D. Rosenbaum |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Rachel K. Warren |
| | **KOBRE & KIM LLP** |
| 51 Madison Ave., 22nd Floor | 800 Third Avenue |
| New York, New York 10010 | New York, NY 10022 |
| Telephone: (212) 849-7000 | Telephone: (212) 488-1200 |
| andrewrossman@quinnemanuel.com | Zachary.Rosenbaum@kobrekim.com |
| | Rachel.warren@kobrekim.com |
| *Attorneys for KKR Credit Advisors (US) LLC; Corporate Capital Trust, Inc.; KKR Debt Investors II (2006) (Ireland) L.P.; KKR TRS Holdings, Ltd.; and KKR-PBPR Capital Partners L.P.* | *Attorneys for Plaintiffs as relates to their claims against the KKR Entities and the John Doe Subsequent Transferees* |

 /s/ Douglas Koff
Douglas Koff
Taleah E. Jennings
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY
Telephone: (212) 756-2773
Telephone: (212) 756-2454
douglas.koff@srz.com
taleah.jennings@srz.com

Douglas S. Mintz
**SCHULTE ROTH & ZABEL LLP**
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Telephone: (202) 729-7482
douglas.mintz@srz.com

*Attorneys for the BlueMountain Entities*

 /s/ Mark A. Weissman
Mark A. Weissman
**OFFIT KURMAN PA**
590 Madison Avenue, 6th Floor
New York, New York 10022
Telephone: (212) 545-1900
mark.weissman@offitkurman.com

*Attorneys for Elanus Capital Management LLC and Elanus Capital Investment Master SPC on behalf of, and in the name of, Elanus Capital Investments Master SP Series 1*

 /s/ Andrew Zinman
Andrew Zinman
**CARMEL, MILAZZO & FEIL LLP**
55 West 39th Street, 4th Floor
New York, NY 10018
Telephone: (212) 658-0458
azinman@cmfllp.com

*Attorneys for Plaintiffs as relates to their claims against Deutsche Bank Trust Company Americas*

*/s/ Frank Morreale*
Frank Morreale
Anthony Pirraglia
**HOLLAND & KNIGHT LLP**
31 West 52nd Street, Suite 1200
New York, NY 10019
Telephone: (212) 513.3887
Facsimile: (212) 385-1910
Frank.Morreale@hklaw.com
Anthony.Pirraglia@hklaw.com

*Attorneys for Deutsche Bank Trust Company Americas*


**SO ORDERED:**

Dated:  September 20, 2023          /s/ **Michael E. Wiles**
    New York, New York          THE HONORABLE MICHAEL E. WILES
                                                UNITED STATES BANKRUPTCY JUDGE