

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Patrick E. Fitzmaurice
tel: +1.212.858.1171
patrick.fitzmaurice@pillsburylaw.com

October 13, 2023

Hon. Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:    **IIG Global Trade Finance Fund Limited (in Official Liquidation), et al. v. International Investment Group LLC, et al., Case No. 23-01165 (MEW)**

Dear Judge Wiles:

Together with Kobre & Kim LLP and Sichenzia Ross Ference Carmel LLP, we represent the Plaintiffs in the referenced adversary proceeding. We write pursuant to Your Honor's Chambers' Rules and Local Bankruptcy Rule 7016-2 to respectfully request an initial pretrial conference on Monday, November 13, 2023[1] at 10:00 A.M., or on another date and time that is convenient for the Court.

Plaintiffs filed a redacted Complaint in this proceeding on August 31, 2023, and the unredacted Complaint on September 13, 2023. On September 14, 2023, Plaintiffs served copies of the summons and unredacted Complaint on defendants The International Investment Group L.L.C. and Trade Finance Trust. (Dkt. 9.) And, as explained in the joint stipulation filed with the Court on September 19, 2023, all remaining defendants authorized their respective counsel to accept service of the summons and unredacted Complaint. (Dkt. 12.) This Court approved the joint stipulation on September 20, 2023. (Dkt. 13.) As all relevant parties have now been served with an unredacted copy of the Complaint, Plaintiffs respectfully request that the Court schedule an initial pretrial conference on Monday, November 13, 2023 at 10:00 A.M., or on another date and time that is convenient for the Court, so that the

---

[1] The parties have conferred and all parties are available on November 13.

www.pillsburylaw.com

October 13, 2023
Page 2

parties may discuss the entry of a joint pretrial scheduling order that includes a schedule for discovery.

We are happy to answer any questions the Court may have.

Respectfully submitted,

Patrick E. Fitzmaurice

cc:    All counsel via email