UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IIG Global Trade Finance Fund Ltd. (in Official Liquidation), *et al.*,<br><br>      Debtors. | Case No. 20-10132 (MEW)<br><br>Chapter 15<br><br>Jointly Administered |
| IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance Fund Limited (in Official Liquidation), Christopher Kennedy and Alexander Lawson, as assignees of the creditors of IIG Global Trade Finance Fund Limited (in Official Liquidation) and the creditors of IIG Structured Trade Finance Fund Limited (in Official Liquidation) and Christopher Kennedy and Alexander Lawson in their capacities as Joint Official Liquidators of IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance Fund Limited (in Official Liquidation),<br><br>      Plaintiffs,<br><br>    v.<br><br>International Investment Group L.L.C., Trade Finance Trust, Deutsche Bank Trust Company Americas, Assured Investment Management LLC (f/k/a BlueMountain Capital Management, LLC), Tennenbaum Capital Partners, LLC, KKR Credit Advisors (US) LLC, Elanus Capital Management, LLC, BlueMountain Foinaven Master Fund L.P., BlueMountain Logan Opportunities Master Fund L.P., BlueMountain Montenvers Master Fund SCA SICAV-SIF, BlueMountain Timberline Ltd., BlueMountain Kicking Horse Fund L.P., BlueMountain Credit Opportunities Master Fund I L.P., Tennenbaum Senior Loan | Adv. Pro. No. 23-01165 (MEW) |

Fund IV-B, LP, Tennenbaum Senior Loan Fund II, LP, Tennenbaum Senior Loan Operating III, LLC, Corporate Capital Trust, Inc., KKR Debt Investors II (2006) (Ireland) L.P., KKR TRS Holdings, Ltd., KKR-PBPR Capital Partners L.P., Special Value Continuation Partners, LP, and Elanus Capital Investments Master SP Series 1, John Doe Subsequent Transferees 1-10,000,

Defendants.

## STIPULATION AND ORDER GRANTING A PAGE LIMIT EXTENSION AND PERMITTING THE FILING OF SUPPLEMENTAL BRIEFS

This Stipulation is entered into by and between IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance Fund Limited (in Official Liquidation), Christopher Kennedy and Alexander Lawson, as assignees of the creditors of IIG Global Trade Finance Fund Limited (in Official Liquidation) and the creditors of IIG Structured Trade Finance Fund Limited (in Official Liquidation) and Christopher Kennedy and Alexander Lawson in their capacities as Joint Official Liquidators of IIG Global Trade Finance Fund Limited (in Official Liquidation), IIG Structured Trade Finance fund Limited (in Official Liquidation) (together, "Plaintiffs") and Assured Investment Management LLC (f/k/a BlueMountain Capital Management, LLC), BlueMountain Foinaven Master Fund L.P., BlueMountain Logan Opportunities Master Fund L.P., BlueMountain Montenvers Master Fund SCA SICAV-SIF, BlueMountain Timberline Ltd., and BlueMountain Kicking Horse Fund L.P., Tennenbaum Capital Partners, LLC and Tennenbaum Senior Loan Fund IV-B, LP, Tennenbaum Senior Loan Fund II, LP, Tennenbaum Senior Loan Fund III, LP, and Special Value Continuation Partners, LLC, Corporate Capital Trust, Inc., KKR Credit Advisors (US) LLC, KKR Debt Investors II (2006) (Ireland) L.P., KKR TRS Holdings, Ltd., and KKR-PBPR Capital Partners L.P., and Elanus

2

Capital Management, LLC and Elanus Capital Investments Master SP Series 1 (together, the "Noteholders") by and through their respective undersigned counsel.

**WHEREAS,** on August 31, 2023, Plaintiffs filed an adversary complaint [Dkt. No. 1] (the "Complaint") against the Defendants to commence the above-captioned adversary proceeding; and

**WHEREAS,** on September 20, 2023, this Court entered a Stipulation and Order setting a deadline of November 6, 2023 for the Noteholders to move to dismiss, answer, or otherwise respond to the Complaint; and

**WHEREAS,** the Noteholders and Plaintiffs have conferred and agreed upon a briefing proposal for the Noteholders' forthcoming motions to dismiss the Complaint (the "Motions to Dismiss"); and

**WHEREAS,** the Court held a telephonic hearing on November 1, 2023 during which time the Noteholders presented their proposal;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, AS FOLLOWS:**

1. The Noteholders may submit a single joint brief of no more than 75 pages in support of their Motions to Dismiss that raises arguments common to the Noteholders.

2. Each of the BlueMountain Entities, the Elanus Entities, the KKR Entities, and the Tennenbaum Entities may submit a supplemental brief of no more than 15 pages raising any additional arguments specific to that group of Noteholders.

Respectfully submitted this 2nd day of November, 2023.

*/s Rachel K. Warren*
Zachary D. Rosenbaum
Rachel K. Warren
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Zachary.Rosenbaum@kobrekim.com
Rachel.warren@kobrekim.com

*Attorneys for Plaintiffs as relates to their claims against the KKR Entities and the John Doe Subsequent Transferees*

/s *Patrick E. Fitzmaurice*
John A. Pintarelli
Patrick E. Fitzmaurice
Ari M. Berman
Rahman Connelly
Eugenie Dubin
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile:  (212) 858-1500
john.pintarelli@pillsburylaw.com
patrick.fitzmaurice@pillsburylaw.com
 ari.berman@pillsburylaw.com
rahman.connelly@pillsburylaw.com
eugenie.dubin@pillsburylaw.com

*Attorneys for Plaintiffs as relates to their claims against IIG, TFT, the BlueMountain Entities, Tennenbaum Entities, Elanus Entities, and the John Doe Subsequent Transferees*

*/s Deborah Newman*
Andrew J. Rossman
Deborah Newman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
andrewrossman@quinnemanuel.com
deborahnewman@quinnemanuel.com

*Attorneys for KKR Credit Advisors (US) LLC; Corporate Capital Trust, Inc.; KKR Debt Investors II (2006) (Ireland) L.P.; KKR TRS Holdings, Ltd.; and KKR-PBPR Capital Partners L.P.*

*/s Philip D. Anker*
Philip D. Anker
Ross E. Firsenbaum
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8890
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*Attorneys for Tennenbaum Capital Partners, LLC; Tennenbaum Senior Loan Fund IV-B, LP; Tennenbaum Senior Loan Fund II, LP; Tennenbaum Senior Loan Fund III, LP; and Special Value Continuation Partners, LLC*

4

| | |
|---|---|
| */s David S. Flugman* <br> Philippe Z. Selendy <br> David S. Flugman <br> Claire O'Brien <br> SELENDY GAY ELSBERG PLLC <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> Tel: 212-390-9000 <br> pselendy@selendygay.com <br> dflugman@selendygay.com <br> cobrien@selendygay.com <br><br> *Attorneys for Assured Investment Management LLC (f/k/a BlueMountain Capital Management, LLC), BlueMountain Foinaven Master Fund L.P., BlueMountain Logan Opportunities Master Fund L.P., BlueMountain Montenvers Master Fund SCA SICAV-SIF, BlueMountain Timberline Ltd., and BlueMountain Kicking Horse Fund L.P.* | */s Mark A. Weissman* <br> Mark A. Weissman <br> OFFIT KURMAN PA <br> 590 Madison Avenue, 6th Floor <br> New York, New York 10022 <br> Telephone: (212) 545-1900 <br> mark.weissman@offitkurman.com <br><br> *Attorneys for Elanus Capital Management LLC and Elanus Capital Investment Master SPC on behalf of, and in the name of, Elanus Capital Investments Master SP Series 1* |

**SO ORDERED:**

Dated: November 3, 2023

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE