UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IIG Global Trade Finance Fund Ltd. (in Official Liquidation), *et al.*,<br><br>Debtors. | Case No. 20-10132 (MEW)<br><br>Chapter 15<br><br>Jointly Administered |
| IIG Global Trade Finance Fund Limited (in Official Liquidation), *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>International Investment Group L.L.C., *et al.*,<br><br>Defendants. | Adv. Pro. No. 23-01165 (MEW) |

**NOTICE OF DEFENDANT DEUTSCHE BANK TRUST COMPANY AMERICAS' MOTION TO DISMISS COUNTS 1, 2, 5-7, 9, 10, AND 13-17 OF THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Defendant Deutsche Bank Trust Company Americas' Memorandum Of Law In Support Of Motion To Dismiss Counts 1, 2, 5-7, 9, 10, and 13-17 of the Complaint ("Motion"), and the Declaration of Frank Morreale In Support Of The Motion, both of which are dated November 6, 2023, and Plaintiffs' complaint, Deutsche Bank Trust Company Americas ("Deutsche Bank") will move before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on March 6, 2024 at 10:00 a.m., or as soon thereafter as counsel can be heard, for entry of an order, pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, made applicable by Rules 7008, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure, dismissing with prejudice all counts against

Deutsche Bank in the Complaint in the above-captioned adversary proceeding, together with such other and further relief as this Court deems just and proper, for the reasons more fully set forth in the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation and Order Extending Time, dated September 20, 2023, the parties have agreed that Plaintiffs' opposition to the Motion shall be filed and served on or before January 12, 2024, and Deutsche Bank's reply in further support of the Motion shall be filed and served on or before February 12, 2024.

DATED: November 6, 2023            Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Frank Morreale
Frank Morreale
Frank.Morreale@hklaw.com
Anthony F. Pirraglia
Anthony.Pirraglia@hklaw.com
31 West 52nd Street
New York, NY 10019
(212) 513-3887
(212) 385-1910

*Counsel for Defendant Deutsche Bank Trust Company Americas*