# Exhibits to the Declaration of Thomas Lowe KC (ECF No. 105)